Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mark Lim, Esq., State Bar No. 311824
MLim@Shegerianlaw.com
Nicole L. Gilanians, Esq., State Bar No. 346710
NGilanians@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:   (310) 860 0770
Facsimile Number:   (310) 860 0771

Attorneys for Plaintiff,
SOCORRO SAENZ RUIZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO SAENZ RUIZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RSCR CALIFORNIA, INC., a California Corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants | Case No.: 2:22-cv-01753-SPG-KSx<br><br>**The Honorable Sherilyn Peace Garnett**<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Action Filed: March 16, 2022 |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the parties in the above matter have reached a settlement. Dismissal of this matter will be conditioned on satisfaction of specified terms. The parties respectfully request that the Court vacate all future hearings and, if necessary, set a further status conference regarding the status of the parties' settlement at a future date and time.

Dated: October 16, 2024                SHEGERIAN & ASSOCIATES, INC.

                                       By: _____
                                           Anthony Nguyen, Esq.

                                       Attorneys for Plaintiff,
                                       SOCORRO SAENZ RUIZ.

NOTICE OF SETTLEMENT

| | |
|---|---|
| **SAENZ RUIZ v. RSCR CALIFORNIA, INC., et al.** | **CASE NO..: 2:22-cv-01753-SPG-KSx** |

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S Spring Street, Suite 400, Los Angeles, California 90012.

On October 16, 2024, I served the foregoing document, described as **"NOTICE OF SETTLEMENT,"** on all interested parties in this action as follows:

**Alex Michael Barfield**
alex.barfield@tuckerellis.com
**Ronald G. Polly, Jr.**
ron.polly@tuckerellis.com
**TUCKER ELLIS LLP**
**3343 Peachtree Rd NE, Suite 145-1574**
**Atlanta, GA 30326**

**Phil J. Montoya , Jr.**
pmontoya@hpylaw.com
**HAWKINS PARNELL**
**AND YOUNG LLP**
**445 South Figueroa Street Suite 3200**
**Los Angeles, CA 90071-1651**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2024, at Los Angeles, California.

Rebecca Vasquez