1  **SHEGERIAN & ASSOCIATES, INC.**
   Anthony Nguyen, Esq. (SBN 259154)
2  ANguyen@Shegerianlaw.com
   Mark Lim, Esq. (SBN 311824)
3  MLim@Shegerianlaw.com
   Nicole Gilanians, Esq. (SBN 346710)
4  NGilanians@Shegerianlaw.com
   11520 San Vicente Boulevard
5  Los Angeles, California 90049
   Telephone: (310) 860-0770
6  Facsimile:  (310) 860-0771

7
   **TUCKER ELLIS LLP**
8  Ronald G. Polly, Jr., Esq. (admitted *pro hac vice*)
   ron.polly@tuckerellis.com
9  Alex M. Barfield, Esq. (SBN 275403)
   alex.barfield@tuckerellis.com
10 515 South Flower Street
   Forty-Second Floor
11 Los Angeles, CA 90071-2223
   Telephone: (213) 430-3400
12 Facsimile:  (213) 430-3409

13
   **HAWKINS PARNELL & YOUNG, LLP**
14 Phil J. Montoya, Jr., Esq. (SBN 124085)
   pmontoya@hpylaw.com
15 445 South Figueroa Street, Suite 3200
   Los Angeles, CA 90071-1651
16 Telephone:  (213) 486-8000
   Facsimile:   (213) 486-8080
17

18 *Attorneys for Defendant RSCR California, Inc.*

19                    **UNITED STATES DISTRICT COURT**

20                    **CENTRAL DISTRICT OF CALIFORNIA**

21                              **WESTERN DIVISION**

22

| | |
|---|---|
| SOCORRO SAENZ RUIZ, an individual, | Case No.: 2:22-cv-01753-GW-KS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| RSCR CALIFORNIA, INC., a California corporation; and DOES 1 through 20, inclusive | |
| Defendants. | |

- 1 -
STIPULATION OF DISMISSAL

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Socorro Saenz Ruiz ("Ruiz" or "Plaintiff") and Defendant RSCR California, Inc. ("RSCR" or "Defendant") (the "parties", collectively) stipulate to the dismissal of this action against Defendant with prejudice. Each party will bear their own attorney's fees and costs.

DATED: November 27, 2024    **SHEGERIAN & ASSOCIATES, INC.**

*/s/ Mark Lim*
Anthony Nguyan, Esq.
Mark Lim, Esq.
Nicole Gilanians, Esq.

*Attorneys for Plaintiff Socorro Saenz Ruiz*

DATED: November 27, 2024    **TUCKER ELLIS, LLP**

*/s/ Ronald G. Polly, Jr.*
Ronald G. Polly, Jr., Esq.
Alex M. Barfield, Esq.

*Attorneys for Defendant RSCR California, Inc.*

DATED: November 27, 2024    **HAWKINS PARNELL & YOUNG, LLP**

*/s/ Phil J. Montoya, Jr.*
Phil J. Montoya, Jr., Esq.

*Attorneys for Defendant RSCR California, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant RSCR California, Inc. hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served elect through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on this 27th day of November, 2024.

*/s/ Ronald G. Polly, Jr.*
Signature

**Ronald G. Polly, Jr.**
Print Name